UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 02:01-CR-00137-LRH-(PAL) |
| ) | |
| v. ) | ORDER |
| ) | |
| BETH LANZA, ) | |
| ) | |
| Defendant. ) | |

Before the court is defendant Beth Lanza's Motion on Terms of Probation (Doc. #305), to which the Government responded in opposition (Doc. #306). In its Amended Judgment (Doc. #254) the court imposed a five-year term following defendant's incarceration with the special condition that "[t]he defendant . . . be restricted from engaging in employment, consulting, or any association with the mortgage business for a period of five years." The sentence imposed was appropriate for the seriousness of the offense and affords adequate deterrence and protection to the public from further criminal conduct by defendant. Defendant Lanza's Motion on Terms of Probation (Doc. #305) is denied. However, the court grants leave for defendant to reapply at the end of three years of supervised release.

///

///

///

///

Also before the court is defendant Lanza's Motion re Clarification on Previous Motion to Request Home Supervision (Doc. #301). It appearing that defendant is on home supervision the motion is denied as moot.

IT IS SO ORDERED.

DATED this 17th day of March, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2